AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Darrin Bradley<br>*Defendant* | ) Case: 1:24-mj-00268<br>) Assigned To : Judge G. Michael Harvey<br>) Assign. Date : 8/22/2024<br>) Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **Darrin Bradley**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) -Disorderly and Disruptive Conduct in a Restricted Building or Grounds,;
40 U.S.C. § 5104(e)(2)(D) -Disorderly Conduct in a Capitol Building or Grounds,;
40 U.S.C. § 5104(e)(2)(G)-Parading, Demonstrating, or Picketing in a Capitol Building,.

Date: 08/22/2024

*Issuing officer's signature*

City and state:   Washington, D.C.      G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 08/22/2024, and the person was arrested on *(date)* 08/26/2024
at *(city and state)* Oklahoma City, OK.

Date: 08/26/2024

*Arresting officer's signature*

Johnathan James, Special Agent
*Printed name and title*